UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JOHN FLETCHER-GRIJALVA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WESLEY LEE, et al.,<br><br>　　　　　Defendants. | CASE NO. WD CV 10-02109-MMM (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Final Report and Recommendation of the Magistrate Judge and has considered *de novo* Plaintiff's objections. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

　　　DATED:　　December 31, 2010.

　　　　　　　　　　　　　　　　　　/s/ Margaret M. Morrow
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

O:\MMM\ECF Ready\CV 10-02109MMM-ORDER.wpd