JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY JOHN FLETCHER-GRIJALVA, | ) | CASE NO. WD CV 10-02109-MMM (PJW) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| WESLEY LEE, et al., | ) | |
| Defendants. | ) | |

For the reasons set forth in the Order filed this date, it is hereby adjudged and decreed that the Petition is denied and the action is dismissed without prejudice.

DATED: December 31, 2010.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

O:\MMM\ECF Ready\CV 10-02109MMM-JUDGMENT.wpd